IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02682-JLK

SUZANNE PHILIPPUS, Individually, and as the Personal Representative
of the Estate of TERRY PHILIPPUS, deceased,

    Plaintiff,

v.

AETNA HEALTH, INC., a Connecticut insurance company, and
TIME WARNER TELECOM, INC., a Colorado corporation,

    Defendants.

---

## MINUTE ORDER

Judge John L Kane **ORDERS**

    Defendant Time Warner Telecom Inc.'s Unopposed Motion (Doc. 31) for Leave to File Surreply in Support of Motion to Dismiss is GRANTED. Time Warner's Surreply is limited to five (5) pages and due no later than May 9, 2008.

May 1, 2008