IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-02682-JLK**

**SUZANNE PHILIPPUS, individually, and as Personal Representative of the Estate of TERRY PHILIPPUS, deceased**,

        Plaintiff,

v.

**AETNA HEALTH, INC., a Connecticut insurance company, and TIME WARNER TELECOM, INC., a Colorado corporation,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Motion to Dismiss (Doc. 13) of Defendant Time Warner Telecom Inc. is **DENIED**. The court denies the Motion applying a most liberal standard under Fed. R. Civ. P. Rule 12(b)(6) and based on a determination that Plaintiff's allegations are sufficient to allow her to attempt to develop the factual prerequisites necessary to her equitable claims for relief and to avoid of ERISA preemption. Counsel for both sides are commended for their fine briefing of the Motion, and for the candor and professionalism apparent throughout.

Dated: May 14, 2008