UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02682-JLK

SUZANNE PHILIPPUS, Individually, and
as the Personal Representative of
THE ESTATE OF TERRY PHILIPPUS, deceased,

       Plaintiff,

v.

AETNA HEALTH, INC., a Connecticut insurance company, and
TIME WARNER TELECOM, INC., a Colorado corporation,

       Defendants.

---

**ORDER MODIFYING SCHEDULING ORDER**

---

Plaintiff's Motion for Modification of Scheduling Order (doc. #43), filed December 12, 2008, is GRANTED, as follows:

- Plaintiff's Expert Witness Reports due: 1/12/09
- Defendants' Expert Witness Reports due: 2/19/09
- Plaintiff's Designation of Rebuttal Experts due: 3/4/09
- Defendants' Designation of Rebuttal Experts due: 3/11/09
- Discovery Cutoff for Experts : 3/20/09
- Discovery Cutoff for Lay Witnesses: 3/20/09
- Discovery Deadline: 3/20/09
- Dispositive Motions Due: 4/20/09

DATED this 9th day of January, 2009.

                            BY THE COURT:

                            *S/John L. Kane*
                            United States District Court Judge