IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-02682-JLK**

**SUZANNE PHILIPPUS, individually, and as Personal Representative of the Estate of TERRY PHILIPPUS, deceased**,

        Plaintiff,

v.

**AETNA HEALTH, INC., a Connecticut insurance company, and TIME WARNER TELECOM, INC., a Colorado corporation,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        Defendant Time Warner Telecom Inc.'s Unopposed Motion for Extension of Discovery Cut-Off and Dispositive Motions Deadline (doc. #50), filed March 20, 2009, is GRANTED. The discovery cut-off is extended until May 1, 2009, and the dispositive motions deadline is extended until June 1, 2009.

Dated: March 23, 2009