IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-02682-JLK**

**SUZANNE PHILIPPUS, individually, and as Personal Representative of the Estate of TERRY PHILIPPUS, deceased**,

       Plaintiff,

v.

**AETNA HEALTH, INC., a Connecticut insurance company, and TIME WARNER TELECOM, INC., a Colorado corporation,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

After a joint telephone conference with counsel regarding discovery issues, Defendant TW's Motion for Protective Order (Doc. 59) is GRANTED in part. Plaintiff's Rule 30(b)(6) Deposition of Aetna Health, Inc. (docket # 60 ) will take place under the terms and conditions discussed during the conference, and shall be limited to the facts necessary to Plaintiff's equitable/non-ERISA preempted claims.

Dated: June 3, 2009