IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-02682-JLK-KLM

SUZANNE PHILIPPUS, individually, and as the Personal Representative of the Estate of TERRY PHILIPPUS, deceased,

    Plaintiff,

v.

AETNA HEALTH, INC., a Connecticut insurance company, and
TIME WARNER TELECOM HOLDINGS, INC., a Colorado corporation,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L.  MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion for Order Extending Time to Respond to Defendant Aetna Life Insurance Company's Motion for Summary Judgment, Motion for Judgment on Administrative Record, and to Respond to Defendant TW Telecom Holding, Inc.'s Motion for Summary Judgment** [Docket No. 99; Filed November 11, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff shall respond to Defendant Aetna Life Insurance Company's Motion for Summary Judgment and Motion for Judgment on Administrative Record, and to Defendant TW Telecom Holding, Inc.'s Motion for Summary Judgment on or before **December 1, 2009**.

    Dated:      November 13, 2009