IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-02682-JLK**

**SUZANNE PHILIPPUS, individually, and as Personal Representative of the Estate of TERRY PHILIPPUS, deceased**,

       Plaintiff,

v.

**AETNA HEALTH, INC., a Connecticut insurance company, and TIME WARNER TELECOM, INC., a Colorado corporation,**

       Defendants.

---

## ORDER

---

Kane, J.

Upon review of the Amended Report and Recommendation of Magistrate Judge (doc. #108), and based on a lack of any objection thereto, the Amended Recommendation is **ADOPTED** as an Order of the Court. In accordance with the Recommendation, Plaintiff's Motion for Leave to Amend Complaint (doc. #88), is **DENIED**.

Dated: January 8, 2010

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          SENIOR U.S. DISTRICT JUDGE